**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | CR-99-364-02-PHX-ROS |
|              Plaintiff,                   ) | |
|                                                 ) | **DETENTION ORDER** |
| vs.                                          ) | |
| Jerry Lee Sueing,                    ) | |
|              Defendant.                 ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 12, 2012.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

//
//
//
//
//

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 13th day of September, 2012.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge